IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAIPDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | No. CR 10-07 |
| ) | |
| vs. ) | |
| ) | |
| ROBERT BENA, ) | |
| ) | |
| Defendant. ) | |

## FINAL ORDER OF FORFEITURE

WHEREAS, on March 31, 2010, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), based upon the defendant's guilty plea entered on March 22, 2010, in which defendant consented to the forfeiture of any interest he had or has in the firearms alleged to be subject to forfeiture under the Forfeiture Allegation of the February 2, 2010, Indictment;

AND WHEREAS, notice of this forfeiture was posted on www.forfeiture.gov for 30 consecutive days beginning April 7, 2010, and continuing through May 6, 2010, of the United States' intent to dispose of the property in accordance with the law and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property;

AND WHEREAS, on June 17, 2010, Timothy Bena filed a Petition seeking return of two firearms seized from defendant;

AND WHEREAS, on July 27, 2010, a Settlement Agreement was filed concerning the Petition of Timothy Bena;

AND WHEREAS, no other third-party claims have been made for return of seized property against the firearms included in the Preliminary Order of Forfeiture entered on March 31, 2010.

It is HEREBY ORDERED, ADJUDGED and DECREED:

1. That any right, title, and interest defendant has or had in the hereinafter described property is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law.

2. That the following property belonging to Robert Bena who is the subject of this Order, is hereby condemned and forfeited to the United States of America, as follows:

    a. a Savage 22 caliber rifle, Model 87J, no serial number;

    b. a Remington 22 caliber rifle, Model 76, no serial number;

    c. a Harrington and Richardson 12 gauge shotgun, Model 88, SN#AX414346;

    d. a Remington 12 gauge shotgun, Model 870TC, SN#S046483V;

    e. a Husqvarna 6.5 x 55 rifle, Swedish Mauser, SN # 637680;

    f. a Remington 12 gauge shotgun, Model 1187, SN# PC804978;

    g. a Remington 12 gauge shotgun, Model 1100LH, SN# L539572V;

    h. a High Standard 20 gauge shotgun, Model 10, no serial number;

    i. a Winchester 410 gauge shotgun, Model 42, SN# 6938;

    j. a Marlin 12 gauge shotgun, Model 55, SN# 25688145;

k. a U.S. Revolver Company 32 caliber revolver, SN# 19171;

l. a Harrington and Richardson 22 caliber revolver, Model 949, SN# AF58897;

m. an unknown .12 caliber shotgun, no serial number; and

n. 967 rounds of assorted ammunition

all seized from defendant on or about January 27, 2010, in Springville, Iowa.

3. That the following two firearms seized from defendant Robert Bena be returned to Timothy Bena pursuant to the Settlement Agreement filed on July 27, 2010:

a. a Remington 20 gauge shotgun, Model 1100LW, SN #L705897K, and

b. a Remington 12 gauge shotgun, Model 105CTI, SN #CT004152.

4. That the Bureau of Alcohol, Tobacco, Firearms, and Explosives, is hereby authorized to dispose of the firearms and ammunition identified in paragraph 2 of this Order.

5. That the United States District Court shall retain jurisdiction in this case for the purpose of enforcing this Order; and

6. That the Clerk of the Court shall forward one certified copy of this Order to the United States Attorney's Office, Attention: Assistant U.S. Attorney Martin J. McLaughlin.

DATED this 2d day of August, 2010.

LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA